1  WILLIAM McGRANE [057761]
   McGRANE LLP
2  Four Embarcadero Center, Suite 1400
   San Francisco, CA 94111
3  (415) 292-4807
   william.mcgrane@mcgranellp.com
4
   FRANK R. UBHAUS [046085]
5  BERLINER COHEN
   10 Almaden Boulevard, 11th Floor
6  San Jose, CA 95113
   (408) 286-5800
7  frank.ubhaus@berliner.com

8
   Attorneys for Advanced Discovery, LLC, Kent
9  Daniels and Assoc., Inc., and L.A. Best
   Photocopies, Inc.
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

| In re: | District Court Case No. 14-02724 JD |
|---|---|
| HOWREY LLP, | Bankruptcy Court Case No. 11-31376 DM |
| Debtor. | **STIPULATION AND ORDER DISMISSING APPEAL WITH PREJUDICE** |
| ADVANCED DISCOVERY, LLC, et al., | |
| Appellants, | |
| v. | |
| ALLAN DIAMOND et al., | |
| Appellees. | |

| | |
|---|---|
| 1 | STIPULATION |
| 2 | Pursuant to Fed. R. Bankr. Proc. 8001(c)(2), the parties hereby stipulate to dismiss this |
| 3 | appeal with prejudice. Any court costs or fees that may be due shall be paid by appellants. |

4  Dated: August 11, 2014

Berliner Cohen
McGrane LLP

By: /s/ *William McGrane*
      William McGrane
Attorneys for Plaintiffs Advanced Discovery, LLC, Kent Daniels and Assoc., Inc., and L.A. Best Photocopies, Inc.

10  Dated: August 11, 2014

Diamond McCarthy LLP

By: /s/ *Andrew B. Ryan*
      Andrew B. Ryan
Attorneys for Allan B. Diamond and Diamond McCarthy LLP

ORDER

15  The appeal is dismissed with prejudice.

16  August 12, 2014

_____
JAMES DONATO U.S. DISTRICT JUDGE